UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN R. SCHRUBB,<br><br>    Plaintiff,<br><br>    v.<br><br>R. SIMMONS, et al.,<br><br>    Defendants. | Case No. 12-cv-00418-JSW<br><br>**ORDER DIRECTING DEFENDANT TO SHOW CAUSE RE. DOCUMENTS FILED UNDER SEAL**<br><br>Re: Dkt. No. 122 |

    Defendant has filed a motion to seal and for in camera review of three documents (ECF No. 122). Defendant relies on these documents as a basis for his motion for summary judgment motion.

    Defendant has not established with particularity compelling reasons to seal the documents. *See* Civ. L. R. 79-5(a). For example, Defendant does not identify which particular pieces of personal or other information in the November 1, 2007, document pose a security risk and why. Defendant similarly does not identify with particularity the language in the other documents that reveal investigative or other security procedures.

    Second, Defendant has not shown why no less restrictive alternative to sealing the entirety of the documents, as opposed to a redacted version of them, exists. *See* Civ. L. R. 79-5(a), (c)(1)(iii). Defendant indicates that he will file redacted versions of the documents with the unsealed exhibits to their summary judgment motion; he filed the exhibits, but he did not include redacted versions of the documents. In responding to this Order to Show Cause, Defendant must provide a compelling explanation for sealing every piece of information in the documents, or he must submit a proposed redacted version of the document that redacts only the particular portions of the documents for which he provides a compelling and thorough explanation for sealing.

    Third, Defendant does not indicate whether Plaintiff has an alternative method to review

any of the documents, either in entirety or in part, such as via prison procedures for reviewing his central file, and if he does, how he can avail himself of such procedures.

Within **seven days** of the date this Order is filed, Defendant shall SHOW CAUSE why the motion to seal should not be denied by, at a minimum, addressing the deficiencies described above.  <u>Failure to do so will result in a denial of the motion to seal and an order to unseal the documents.</u>  A brief extension of time will be allowed upon a showing of good cause.

**IT IS SO ORDERED.**

Dated: January 26, 2022

_____
JEFFREY S. WHITE
United States District Judge